**UNITED STATES of America,**
**Plaintiff–Appellee**

**v.**

**Roberto MARTINEZ–REYES,** also known as Roberto Martinez Reyes, Defendant–Appellant.

No. 07–20069
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 25, 2007.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Federal Public Defender's Office, Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before JOLLY, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM: *

Roberto Martinez–Reyes (Martinez) appeals his guilty plea conviction and sentence for illegal reentry following removal from the United States. Martinez contends that his sentence is unreasonable because this court's post-*Booker*[1] rulings have effectively reinstated the mandatory guidelines regime condemned in *Booker*. This argument is foreclosed. *See Rita v. United States*, —— U.S. ——, 127 S.Ct. 2456, 2462, 168 L.Ed.2d 203 (2007).

In light of *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), Martinez challenges the constitutionality of 8 U.S.C. § 1326(b)'s treatment of prior felony and aggravated felony convictions as sentencing factors rather than elements of the offense that must be found by a jury. This court has held that this issue is "fully foreclosed from further debate." *United States v. Pineda–Arrellano*, 492 F.3d 624, 625 (5th Cir.2007), *petition*

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

1. *United States v. Booker*, 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005).

*for cert. filed* (Aug. 28, 2007) (No. 07–6202).

The judgment of the district court is AFFIRMED.